IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JEFFERY EDWARDS,**
**ADC #112033**                                                                                         **PLAINTIFF**

v.                                         **5:10-CV-00091-BSM/HLJ**

**RAY HOBBS**                                                                                            **DEFENDANT**

## JUDGMENT

Consistent with the order entered today this case is dismissed with prejudice. Further, pursuant to 28 U.S.C. § 1915(g), it is hereby certified that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

IT IS SO ADJUDGED this 14th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE